NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN BENDER,                          )
                                       )
           Appellant,                  )
                                       )
v.                                     )        Case No. 2D17-4031
                                       )
STATE OF FLORIDA,                      )
                                       )
           Appellee.                   )
_____ )


Opinion filed November 21, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


           Affirmed.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.